**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

In re:  
FLORENCE JAMES

Debtors.

Case No. 19-05769  
Chapter 13  
Judge Pamela S. Hollis

Confirmation hearing:  
05/17/2019 11:30 a.m.

---

## NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 7th day of May 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, ENCLAVE CONDOMINIUM ASSOCIATION's OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED MARCH 5, 2019, a copy of which is attached hereto and served upon you herewith.

_____  
Benjamin J. Rooney

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 7th day of May, 2019.

_____  
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me  
this 7th day of May 2019.

_____  
Notary Public

OFFICIAL SEAL  
MICHELLE SCALES  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:08/17/20

#6308111  
Benjamin J. Rooney  
**KEAY & COSTELLO, P.C.**  
128 South County Farm Road  
Wheaton, Illinois 60187  
ben@keaycostello.com  
(630) 690-6446

## Service List

Florence James
120 Enclave Circle, Unit C
Bolingbrook, Illinois 60440

Alexander Tynkov
Zalutsky & Pinski, Ltd
111 West Washington, Suite 1550
Chicago, Illinois 60602
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)